TRUST LAW, P.C.

Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

MEMORADUM ENDORSED

November 23, 2026

**VIA ECF**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Tucker v. Commissioner of Social Security*
Civil Action No. 1:26-cv-07244-GWG

Dear Judge Gorenstein,

We write on behalf of our client, Henrick Duane Tucker, and with the consent of Defendant, to respectfully request a 90-day extension of time to file Plaintiff's brief, currently due on December 2, 2026 per the Court's November 4, 2026 Scheduling Order. This is Plaintiff's first request for an extension. The reason for this request is that the undersigned requires additional time due to having numerous briefs and overlapping deadlines in the upcoming weeks.

After conferring with the defendant, the parties have agreed to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file his brief on or before: **March 2, 2027**;

2. Defendant to file its brief on or before: **June 1, 2027**; and

3. Plaintiff to file his reply, if any, on or before: **June 15, 2027**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
TRUST LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Sergei Aden, Esq. (by ECF)

This proposed schedule provides for a four-month deadline for the plaintiff's brief (measured from the filing of the administrative record) and a three-month deadline for defendant's brief – an extraordinarily lengthy schedule. The Court requires some period of time to deliberate on the parties' briefing and this schedule does not allow a decision to be issued consistent with the timeliness requirements of the Civil Justice Reform Act. The Court will instead grant the following extension: Plaintiff's brief shall be due February 1, 2027. The Government's brief shall be due April 1, 2027. Any reply shall be filed April 15, 2027.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 24, 2026